# Court of Appeals
## of the State of Georgia

ATLANTA,  August 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0013. ROBERT LEE MURPHY v. SHANYA KADIAN WOODALL.

Robert Lee Murphy has filed this emergency motion for an extension of time to file an application for discretionary review. The request was filed after the deadline set forth in Court of Appeals Rule 16 (c). Accordingly, same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/30/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*